Dff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   DEC 18 2013   ★

-------------------------------------------------------X

KLIGER-WEISS INFOSYSTEMS, INC. D/B/A KWI,

LONG ISLAND OFFICE

            Plaintiff,

~~(PROPOSED)~~ ORDER AND FINAL JUDGMENT

      -against-

BCSR, LLC

                Defendant

Docket No.: CV-10-4725(LDW)(AKT)

-------------------------------------------------------X

      Plaintiff, KLIGER-WEISS INFOSYSTEMS, INC. D/B/A KWI, by their attorneys, the LAW OFFICES OF DANIEL M. TANENBAUM, having requested that this Honorable Court enter the default of Defendant BCSR LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action, and with Defendant's consent, in the amount of $194,586.00 and for such other and further relief as to this Court seems just and proper,

      AND, said request having been submitted on December 6, 2012 and no opposition having been made;

      AND Defendant BCSR LLC, having informed the Court of their intention to Default and inability to defend this action;

      AND, said cause of action against the Defendant BCSR LLC for breach of contract;

      AND this Court, having considered Plaintiff KLIGER-WEISS INFOSYSTEMS, INC. D/B/A KWI's request for default judgment and all the pleadings and proceedings heretofore had herein

      AND Plaintiff, as a result of Defendant BCSR LLC's breach, having been damaged in the amount of $194,586.00 plus interest thereon from February 1, 2010 at 9.00%;

      AND Plaintiff having incurred costs and fees in the amount of $3,500.00 as and for legal fees, and $865.10 in disbursements;

      AND , interest amounting to $36,484.87 having been accrued;

Therefore it is ORDERED , ADJUDGED AND DECREED, that Plaintiff,KLIGER-WEISS

INFOSYSTEMS, INC. D/B/A KWI has a judgment against the Defendant, BCSR LLC, in the amount of

TWO HUNDRED THIRTY FIVE THOUSAND, FOUR HUNDRED THIRTY FIVE DOLLARS

and 97/100 cents ($235,435.97) plus costs and interest.

Dated: ~~Islip, New York~~ *CENTRAL ISLIP, NY*

~~December        , 2012~~   *JAN. 18, 2013*

By:   s/ Leonard D. Wexler

United States District Court Judge
Leonard D. Wexler